# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 18-cv-02092-WYD-SKC

ELIAZAR BARBECHO BONILLA

      Plaintiff,

V

CARLOS JAVIER PALOMINO BUCH and
TOMKE WILTS

      Defendants.

## JOINT STIPULATED DISMISSAL OF COMPLAINT WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, Ms. Barbecho Bonilla, and Defendants, Mr. Palomino Buch and Ms. Wilts, through their counsel, hereby submit this joint stipulated dismissal, each side to bear its own costs and attorneys' fees.

Dated: August 19, 2019

Respectfully Submitted,

| | |
|---|---|
| s/Jocelyn Jenks | s/Adrian P. Castro |
| Jocelyn Jenks | Adrian P. Castro |
| Patricia Medige | Fairfield and Woods, P.C. |
| **Colorado Legal Services** | 1801 California Street, Suite 2600 |
| 1905 Sherman Street, Suite 400 | Denver, Colorado 80202-2645 |
| Denver, CO 80203 | T: (303) 830-2400 |
| Tel. (303) 837-2732 | acastro@fwlaw.com |
| Fax (303) 863-8589 | Attorney for Defendants |
| jjenks@colegalserv.org | |
| pmedige@colegalserv.org | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August 2019, I electronically filed the foregoing Joint Status Report using the EM/ECF system which will send notification of such filing to the following e-mail addresses:   Adrian P. Castro, acastro@fwlaw.com

        s/Jocelyn Jenks
        Jocelyn Jenks
        Attorney for Plaintiff
        **Colorado Legal Services**
        1905 Sherman Street, Suite 400
        Denver, CO  80203
        Tel. (303) 837-2732
        Fax (303) 863-8589
        E-mail: jjenks@colegalserv.org